Decided January 17, 2002

## ALLIANCE PARTNERS, INC. *v.* VOLTARC TECHNOLOGIES, INC.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 22019) is granted, limited to the following issue:

"Did the Appellate Court abuse its discretion when it denied the plaintiff's motion for permission to file a late appeal in this matter?"

The Supreme Court docket number is SC 16675.

*Juris V. Zauls,* in support of the petition.

*Louis J. Bonsangue,* in opposition.

Decided January 17, 2002